STATE OF MINNESOTA

IN SUPREME COURT

A14-1589



FILED

October 4, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Richard Lee Swanson, a Minnesota Attorney,
Registration No. 0173423.

ORDER

By order filed on March 10, 2015, we suspended respondent Richard Lee Swanson from the practice of law for a minimum of 90 days, effective 14 days from the date of the filing of the order. On June 18, 2015, we conditionally reinstated respondent to the practice of law, subject to successful completion of the professional responsibility portion of the state bar examination by March 10, 2016, and placed him on disciplinary probation. Respondent did not file proof of successful completion of the professional responsibility portion of the state bar examination by March 10, 2016, but instead filed a motion seeking additional time to comply with that requirement. On March 21, 2016, we denied the motion and revoked respondent's conditional reinstatement under Rule 18(e)(3), Rules on Lawyers Professional Responsibility (RLPR), effective 10 days from the date of the filing of the order. Respondent has now filed an affidavit seeking reinstatement in which he states that he has successfully completed the professional responsibility portion of the state bar examination. The Director of the Office of Lawyers Professional Responsibility does not oppose the request.

Based upon all the files, records, and proceedings herein,

1

IT IS HEREBY ORDERED that Respondent Richard Lee Swanson is reinstated to the practice of law in the State of Minnesota, subject to the terms and conditions of probation set forth in our June 18, 2015 order. Such probation shall continue until December 17, 2017.

Dated: October 4, 2016

BY THE COURT:

David R. Stras
Associate Justice